IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:12-cr-00080-AA |
| v. | **ORDER AND OPINION** |
| ADAM PARISH ASHE, | |
| Defendant, | |

AIKEN, District Judge:

The Court previously heard oral argument on the defendants' Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Doc. 64. At the hearing, the government noted that it would not object to the Court granting this motion, if a sufficient release plan could be put in place. The Court then began working with the U.S. Probation Office, the Eugene Residential Reentry Center, and medical staff at FCI Sheridan to adjust defendant's medication, with which he has found great success, to an injectable form. After completing several rounds of the medication in injectable form, the Court ordered the defendant released to the Eugene RRC. Doc.

Page 1 – ORDER AND OPINION

71. The Court then entered an Amended Judgement in this matter. Doc. 72. Defendant has been released from custody, and this order is entered to complete the record.

Based on the filings and oral presentations from both parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons, based on defendant's health conditions in the face of the current pandemic caused by the 2019 novel coronavirus, warrant a reduction of defendant's sentence to time served. *See* U.S.S.G. § 1B1.13 comment. n.1(A). Further, this sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements. Specifically, the Court finds that defendant will not pose a threat to the community under 18 U.S.C. § 3142(g)

IT IS SO ORDERED.

Dated this  15th  day of January 2021.

                             /s/Ann Aiken
                               Ann Aiken
                    United States District Judge